# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0175. SARA DAMRON v. SCOTT MICHAEL DAMRON.

Scott Michael Damron petitioned to divorce Sara Damron, and he filed a motion to enforce a prenuptial agreement. The trial court entered an order granting the motion, and Sara Damron filed this application for discretionary appeal. We, however, lack jurisdiction.

Because the case remains pending below, Sara Damron was required to follow the interlocutory appeal procedure to obtain appellate review at this juncture. See *Carr v. Carr*, 238 Ga. 197, 197 (232 SE2d 69) (1977) (where divorce action remains pending, order is interlocutory). Although Sara Damron filed an application for discretionary appeal, compliance with the discretionary appeal statute, OCGA § 5-6-35, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey*, 266 Ga. at 833.  Sara Damron's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*